Estate of Anthony F. Snyder, deceased.   Appeal of Charles J. Snyder, Catharine F. Feil, wife of William Feil, and Elizabeth R. Muller.

Argued Jan. 12, 1897.   Appeal, No. 473, Jan. Term, 1896, by Charles J. Snyder et al., from decree of O. C. Philadelphia County, sustaining exceptions to adjudications.   Before STERRETT, C. J., GREEN, WILLIAMS, McCOLLUM, MITCHELL, DEAN and FELL, JJ.   Affirmed.

Exceptions to adjudication of account of surviving trustee.

PER CURIAM, January 25, 1897:

This appeal from the decree of the orphans' court distributing balance in hands of the surviving trustee under the will of Anthony F. Snyder, deceased, is closely allied to and was argued with the appeal of same parties from the decree of said court distributing balance in hands of the surviving executor of the will of said Anthony F. Snyder, No. 472, January term, 1896, ante, p. 70, in which an opinion has just been filed.

For reasons given in the clear and convincing opinion of the orphans' court the decree in this case is affirmed and the appeal dismissed at appellants' costs.